# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH R. ROGERS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1527** |
| **MAJ. ALVIN ROBINSON, WARDEN** | **SECTION "E"(2)** |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Joseph R. Rogers for issuance of a writ of habeas corpus under 28 U.S.C. § 2241 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 2nd day of July, 2015.

_____
Susie Morgan
UNITED STATES DISTRICT JUDGE